**AFFIDAVIT**

Your Affiant, Joseph J. Zevchek, being duly sworn, deposes and states:

1. Your Affiant, Joseph J. Zevchek is an officer or employee of the United States Department of Justice (DOJ), Drug Enforcement Administration (DEA) within the meaning of Section 878(a) of Title 21, United States Code, that is an officer who is empowered by law to conduct investigations, make arrests, and seize property for violations of Title 18, United States Code and Title 21, United States Code.

2. Your Affiant is a Special Agent for the United States Department of Justice, Drug Enforcement Administration (DEA), and has been so employed since October 2015. During your Affiant's employment with the DEA, your Affiant has been assigned to the Cleveland District Office (CDO) in Cleveland, Ohio since August 2018, and prior to that the Cincinnati, Ohio Resident Office.

**TRAINING AND EXPERIENCE**

3. Your Affiant has been involved in the investigation of various individuals and organizations involved in the manufacturing, distribution, and use of controlled substances. Your Affiant has conducted surveillance

1

operations and has become familiar with the methods used by individuals engaged in the manufacturing, trafficking, and use of controlled substances. Your Affiant received specialized training at the DEA training facility located at the FBI Academy in Quantico, Virginia in regards to the identification of narcotic substances and the operation of drug trafficking organizations. Your Affiant is currently assigned to the DEA Cleveland District Office Heroin Enforcement Group. Affiant has conducted and/or participated in numerous drug investigations and operations which resulted in the arrest(s) and conviction(s) of numerous drug traffickers in both state and federal prosecutions and the seizure of significant quantities of drugs and drug related proceeds.

**PROBABLE CAUSE**

4. In September 2018, members of DEA Cleveland and the Cuyahoga County Sheriff's Department (CCSD) (hereinafter "investigators") initiated an investigation into the heroin trafficking activities of Deonte AYERS.

5. On or about September 20, 2018, agents conducted a

2

controlled purchase of approximately 110.34 grams of a mixture of heroin and fentanyl from AYERS. During this purchase, agents observed AYERS depart his residence at 10803 Manor Avenue in Cleveland, Ohio, and conduct the transaction at 9813 Manor Avenue in Cleveland.

6. On September 27, 2018, agents observed AYERS depart 10803 Manor Avenue, travel to 9813 Manor Avenue, go toward the back of 9813, and reemerge a short time later. AYERS approached a gold Ford truck parked in front of 9813 and conduct a hand to hand transaction with the driver of the Ford.

7. On October 3, 2018, investigators conducted a controlled purchase of approximately 46.18 grams of a mixture of heroin and fentanyl from AYERS. On this occasion, AYERS was again observed departing from 10803 Manor Avenue.

8. On October 9, 2018, Affiant obtained Federal search warrants for 10803 Manor Avenue, 10801 Manor Avenue (the lower level of 10803), and the curtilage of 9813 Manor Avenue. All warrants were executed the following day. AYERS was arrested at 10803 Manor Avenue without incident. During the search of the curtilage of 9813

Manor, agents obtained consent to search both the first and second floor units by their respective occupants. Investigators observed that the building also had a third floor accessible by a common stairway, but not connected to the other two units. During a security sweep, suspected drug residue was observed on the floor and table in the third floor. A Cuyahoga County Search Warrant was obtained. Overall, the searches of the above-mentioned premises yielded the following objects, among other items:

- A Taurus PT140 .40 caliber semiautomatic pistol located in the kitchen of 10803 Manor Avenue. The pistol was loaded with a magazine and one round in the chamber. According to publicly available information, this gun is not manufactured in the State of Ohio.
- U.S. Currency was located in the front closet of 10803 Manor Avenue. An examination of this currency revealed that over $2,200 of this currency matched serial numbers used in the controlled purchases mentioned above.
- A digital scale and a pistol magazine containing at least 5 rounds of .40 caliber

4

        ammunition located on the third floor of 9813 Manor Avenue.

9. During a post-arrest interview, AYERS made statements admitting to selling approximately 1 gram of heroin to the driver of the gold Ford truck mentioned in paragraph 6.

10. This affidavit does not contain each and every piece of information and/or fact known to Affiant and other investigators, but rather only information sufficient to establish probable cause to support the requested arrest warrant.

10. A criminal history inquiry revealed that AYERS has been issued FBI number 542196TC6. According to checks with the National Crime Information Center, AYERS has multiple felony convictions in Cuyahoga County.

## CONCLUSION

11. Based upon the above listed facts and circumstances, Your Affiant has probable cause to believe, and does believe that, on or about September 20, 27, and October 3, 2018, Deonte AYERS did in the Northern District of Ohio, Eastern Division, knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I

controlled substance, and fentanyl, a Schedule II controlled substance in violation of Title 21, United States Code, Section 841 (a)(1), and is a felon in possession of a firearm that had travelled in interstate commerce. Your Affiant requests that an Arrest Warrant be issued for Deonte AYERS.

_[signature]_

_____
Joseph J. Zevchek
Special Agent
Drug Enforcement Administration

Sworn to via telephone after submission by reliable electronic means. Crim.Rules. 4.1; 41(d)(3)

_[signature]_
Thomas M. Parker
United States Magistrate Judge
**Electronically Signed at Cleveland, Ohio**
4 04 PM, Oct 11, 2018